# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KEDZIE, JASON | § | Case No. 10-74710 |
| KEDZIE, BRIDGETTE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/22/2010 . The undersigned trustee was appointed on 09/22/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 25,000.62 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 25,000.62 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/10/2011 and the deadline for filing governmental claims was 03/10/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,894.36 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,894.36 , for a total compensation of $ 1,894.36 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/27/2011                By:/s/DANIEL M. DONAHUE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-74710 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | KEDZIE, JASON | Date Filed (f) or Converted (c): | 09/22/10 (f) |
| | KEDZIE, BRIDGETTE | 341(a) Meeting Date: | 10/28/10 |
| For Period Ending: 06/27/11 | | Claims Bar Date: | 03/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 317 Alfred Kedzie Sycamore, IL 60178 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on Hand | 10.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account Resource Bank | 215.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking Account Resource Bank Sycamore, IL | 0.65 | 0.00 | DA | 0.00 | FA |
| 5. Various household furnishing | 350.00 | 0.00 | DA | 0.00 | FA |
| 6. Various wearing apparell | 350.00 | 0.00 | DA | 0.00 | FA |
| 7. Jewelry | 150.00 | 0.00 | DA | 0.00 | FA |
| 8. State and Federal Tax return -3/15/2010 | 2,044.00 | 0.00 | DA | 0.00 | FA |
| 9. 1997 Ford F 150 | 975.00 | 0.00 | DA | 0.00 | FA |
| 10. 2005 Honda Pilot | 9,200.00 | 0.00 | DA | 0.00 | FA |
| 11. Electric air compressor, 3 nail guns, circular saw | 3,636.00 | 0.00 | DA | 0.00 | FA |
| 12. Decedent estate (u) | Unknown | 25,000.00 | | 25,000.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.62 | | 0.62 | FA |
| TOTALS (Excluding Unknown Values) | $216,930.65 | $25,000.62 | | $25,000.62 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/11     Current Projected Date of Final Report (TFR): 09/01/11

LFORM1  UST Form 101-7-TFR (10/1/2010) (Page: 3)    Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No.: | 10-74710 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | KEDZIE, JASON | Bank Name: | BANK OF AMERICA, N.A. |
|  | KEDZIE, BRIDGETTE | Account Number / CD #: | *******3406 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5985 |  |  |
| For Period Ending: | 06/27/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/28/11 | 12 | IOLTA TRUST ACCOUNT c/o Klein Stoddard Buck Waller & Lewis 2045 Aberdeen Ct., Ste. A Sycamore, IL 60178 | inheritance | 1229-000 | 25,000.00 |  | 25,000.00 |
| 03/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 |  | 25,000.20 |
| 04/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 |  | 25,000.40 |
| 05/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 |  | 25,000.62 |

```
                              COLUMN TOTALS                     25,000.62        0.00         25,000.62
                    Less:  Bank Transfers/CD's                       0.00        0.00
                              Subtotal                          25,000.62        0.00
                    Less:  Payments to Debtors                                   0.00
                              Net                               25,000.62        0.00

                                                                                NET           ACCOUNT
                    TOTAL - ALL ACCOUNTS                    NET DEPOSITS    DISBURSEMENTS     BALANCE
          Money Market Account (Interest Earn - ********3406)   25,000.62        0.00         25,000.62

                                                                25,000.62        0.00         25,000.62

                                                          (Excludes Account  (Excludes Payments  Total Funds
                                                              Transfers)       To Debtors)       On Hand
```

Page Subtotals 25,000.62 0.00

UST Form 101-7-TFR (10/1/2010) (Page: 4)

LFORM24

Ver: 16.02b

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 10-74710 | | Page 1 | | | Date: June 27, 2011 |
| Debtor Name: KEDZIE, JASON | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $2,782.50 | $0.00 | $2,782.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $111.49 | $0.00 | $111.49 |
| 999 8200-00 | JASON KEDZIE<br>BRIDGETTE KEDZIE<br>317 ALFRED DR<br>SYCAMORE, IL 60178-1130 | Unsecured | | $13,557.02 | $0.00 | $13,557.02 |
| 000001 070 7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $647.19 | $0.00 | $647.19 |
| 000002 070 7100-00 | DeKalb Clinic<br>Attn: Patient Accounts<br>1850 Gateway Drive<br>Sycamore, IL 60178 | Unsecured | | $349.62 | $0.00 | $349.62 |
| 000003 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $342.88 | $0.00 | $342.88 |
| 000004 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $5,301.37 | $0.00 | $5,301.37 |
| 000005 050 4210-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Secured | | $10,164.88 | $0.00 | $10,164.88 |
| | Case Totals: | | | $33,256.95 | $0.00 | $33,256.95 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-74710
Case Name: KEDZIE, JASON
KEDZIE, BRIDGETTE
Trustee Name: DANIEL M. DONAHUE

Balance on hand $ 25,000.62

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,894.36 | $ 0.00 | $ 1,894.36 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,782.50 | $ 0.00 | $ 2,782.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 111.49 | $ 0.00 | $ 111.49 |

Total to be paid for chapter 7 administrative expenses $ 4,788.35

Remaining Balance $ 20,212.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,641.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA,N.A | $ 647.19 | $ 0.00 | $ 647.19 |
| 000002 | DeKalb Clinic | $ 349.62 | $ 0.00 | $ 349.62 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 342.88 | $ 0.00 | $ 342.88 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 5,301.37 | $ 0.00 | $ 5,301.37 |

Total to be paid to timely general unsecured creditors   $ 6,641.06

Remaining Balance   $ 13,571.21

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 14.19 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 13,557.02 .

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $2,782.50 | $2,782.50 |
| | *Expenses* | $0.00 | $111.49 | $111.49 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $2,782.50 | $2,782.50 |
| | *Expenses* | $0.00 | $111.49 | $111.49 |
| | | $0.00 | $2,893.99 | $2,893.99 |

**Exhibit G**