# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
KEDZIE, JASON                         §        Case No. 10-74710
KEDZIE, BRIDGETTE                     §
                                      §
              Debtor(s)               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/18/2011 in Courtroom 115,

                United States Courthouse
                211 S. Court St.
                Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/27/2011                    By: /s/ Daniel M. Donahue
                                                                     Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KEDZIE, JASON § Case No. 10-74710
KEDZIE, BRIDGETTE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,000.62 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 25,000.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,894.36 | $ 0.00 | $ 1,894.36 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,782.50 | $ 0.00 | $ 2,782.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 111.49 | $ 0.00 | $ 111.49 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,788.35 |
| Remaining Balance | $ 20,212.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,641.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA,N.A | $ 647.19 | $ 0.00 | $ 647.19 |
| 000002 | DeKalb Clinic | $ 349.62 | $ 0.00 | $ 349.62 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 342.88 | $ 0.00 | $ 342.88 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 5,301.37 | $ 0.00 | $ 5,301.37 |

Total to be paid to timely general unsecured creditors    $  6,641.06

Remaining Balance    $  13,571.21

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 14.19 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 13,557.02 .

                                            Prepared By: /s/Daniel M. Donahue
                                                                               Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-74710-MB
Jason Kedzie                                                        Chapter 7
Bridgette Kedzie
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Jun 28, 2011
                              Form ID: pdf006          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2011.
```
db/jdb     +Jason Kedzie,   Bridgette Kedzie,    317 Alfred Drive,   Sycamore, IL 60178-1130
aty         Daniel M Donahue,   P. O. Box 2903,   Rockford, IL   61132-2903
tr          Daniel Donahue,   P O Box 2903,   Rockford, IL   61132-2903
16168323   +AIM Immediate Care,   1985 Dekald Ave.,   Sycamore, IL 60178-3107
16168324    Allied Business Accounts, Inc.,   PO Box 1600,   Clinton, IA  52733-1600
16168328   +Best Buy,   PO Box 17298,   Baltimore, MD 21297-1298
16168329    Central Dupage Hospital,   Dept. 4698,   Carol Stream, IL  60122-4698
16690810   +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
16168330   +Citi Card,   Processing Center,   Des Moines, IA 50363-0001
16168331    Citi Mortgage,   PO Box 183040,   Columbus, OH  43218-3040
16168333   +City Of Sycamore,    202 E. Page St.,   Sycamore, IL 60178-1466
16168335   +DeKalb Clinic,   Attn: Patient Accounts,   1850 Gateway Drive,   Sycamore, IL 60178-3192
16168336   +Dependon Collection Service,   PO Box 4833,   Oak Brook, IL 60522-4833
16168337   +DuPage Medical Group,   1860 Paysphere Circle,   Chicago, IL 60674-0001
16168338   +First Family Physicians,   599 Pearson Drive,   Genoa, IL 60135-1355
16168339   +Fox Valley Women’s Health Partners,   PO Box 657,   St. Charles, IL 60174-0657
16168321   +Kedzie Bridgette,   317 Alfred Drive,   Sycamore, IL 60178-1130
16168320   +Kedzie Jason,   317 Alfred Drive,   Sycamore, IL 60178-1130
16168341   +Kishwaukee Hospital,   PO Box 739,   Moline, IL 61266-0739
16168322   +Law Office of Gordon R Hughes Jr PC,   320 East Indian Trail,   Aurora, IL 60505-1760
16168343    MiraMed,   PO Box 77000,   Detroit, MI  48277-0304
16894775   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16168344    Sirius Satellite Radio,   PO Box 567,   Norwell, MA  02061-0567
16168345   +Surgery Group,   1665 South Street,   Geneva, IL 60134-2571
16168347   +WFF,   1200 N. West Ave.,   Sioux Falls, IL 57104-1335
16168346    Wells Fargo,   PO Box 660041,   Dallas, TX  75266-0041
16168348   +Winfield Patholgy,   Dept. 4432,   Carol Stream, IL 60122-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16168325     E-mail/PDF: cbp@slfs.com Jun 29 2011 00:31:43     American General Finance,   PO Box 790368,
             St. Louis, MO  63179-0368
16168340     E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 29 2011 00:02:33     Honda Financial Services,
             1235 Old Alpharetta Rd. S,   Alpharetta, GA  30005
16972198     E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 29 2011 00:02:33
             American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
             Irving, TX 75016-8088
16168326     E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Jun 29 2011 00:02:15
             American Medical Collection Agency,   PO Box 1235,   Elmsford, NY  10523-0935
16168327    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jun 29 2011 00:03:07     Armor Systems Co.,
             2322 N. Greenbay Rd.,   Waukegan, IL 60087-4209
16168332    +E-mail/Text: jennifer.derlein@citizens1st.com Jun 29 2011 00:03:26
             Citizens First National Bank,   606 S. Main Stret,   Princeton, IL 61356-2080
16168334     E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Jun 29 2011 00:03:00
             Creditor’s Protection Service, Inc.,   PO Box 4115,   Rockford, IL  61110-0615
16168342    +E-mail/PDF: cr-bankruptcy@kohls.com Jun 29 2011 00:34:50     Kohls,   PO Box 3120,
             Milwaukee, WI 53201-3120
                                                                                              TOTAL: 8
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*         Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: kkrystave            Page 2 of 2              Date Rcvd: Jun 28, 2011
                              Form ID: pdf006            Total Noticed: 35

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2011**                     **Signature:** *Joseph Speetjens*