# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
KEDZIE, JASON                             §        Case No. 10-74710
KEDZIE, BRIDGETTE                         §
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE _____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JASON KEDZIE |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citi Mortgage PO Box 183040 Columbus, OH 43218-3040 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens First National Bank 606 S. Main Stret Princeton, IL  61356 | | | | | |
| | Honda Financial Services 1235 Old Alpharetta Rd. S Alpharetta, GA  30005 | | | | | |
| 000005 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AIM Immediate Care 1985 Dekald Ave. Sycamore, IL 60178 | | | | | |
| | Allied Business Accounts, Inc. PO Box 1600 Clinton, IA 52733-1600 | | | | | |
| | American General Finance PO Box 790368 St. Louis, MO 63179-0368 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Medical Collection Agency PO Box 1235 Elmsford, NY  10523-0935 | | | | | |
| | American Medical Collection Agency PO Box 1235 Elmsford, NY  10523-0935 | | | | | |
| | Armor Systems Co. 2322 N. Greenbay Rd. Waukegan, IL 60087 | | | | | |
| | Best Buy PO Box 17298 Baltimore, MD  17298 | | | | | |
| | Central Dupage Hospital Dept. 4698 Carol Stream, IL 60122-4698 | | | | | |
| | Citi Card Processing Center Des Moines, IA  50363-0000 | | | | | |
| | City Of Sycamore 202 E. Page St. Sycamore, IL  60178 | | | | | |
| | Creditor's Protection Service, Inc. PO Box 4115 Rockford, IL  61110-0615 | | | | | |
| | DeKalb Clinic 1850 Gateway Drive Sycamore, IL  60178 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dependon Collection Service PO Box 4833 Oak Brook, IL 60522 | | | | | |
| | DuPage Medical Group 1860 Paysphere Circle Chicago, IL 60674 | | | | | |
| | First Family Physicians 599 Pearson Drive Genoa, IL 60135 | | | | | |
| | Fox Valley Women's Health Partners PO Box 657 St. Charles, IL  60174 | | | | | |
| | Fox Valley Women's Health Partners PO Box 657 St. Charles, IL  60174 | | | | | |
| | Kishwaukee Hospital PO Box 739 Moline, IL  61266 | | | | | |
| | Kishwaukee Hospital PO Box 739 Moline, IL  61266 | | | | | |
| | Kohls PO Box 3120 Milwaukee, WI  53201 | | | | | |
| | MiraMed PO Box 77000 Detroit, MI  48277-0304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sirius Satellite Radio PO Box 567 Norwell, MA  02061-0567 | | | | | |
| | Surgery Group 1665 South Street Geneva, IL  60134 | | | | | |
| | Surgery Group 1665 South Street Geneva, IL  60134 | | | | | |
| | Surgery Group 1665 South Street Geneva, IL  60134 | | | | | |
| | Surgery Group 1665 South Street Geneva, IL  60134 | | | | | |
| | Surgery Group 1665 South Street Geneva, IL  60134 | | | | | |
| | WFF 1200 N. West Ave. Sioux Falls, IL  57104 | | | | | |
| | Wells Fargo PO Box 660041 Dallas, TX  75266-0041 | | | | | |
| | Winfield Patholgy Dept. 4432 Carol Stream, IL  60122 | | | | | |
| 000001 | CHASE BANK USA,N.A | | | | | |
| 000002 | DEKALB CLINIC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| | CHASE BANK USA,N.A | | | | | |
| | DEKALB CLINIC | | | | | |
| | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 10-74710 | MLB | Judge: MANUEL BARBOSA |
| Case Name: | KEDZIE, JASON | | |
| | KEDZIE, BRIDGETTE | | |
| For Period Ending: | 11/01/11 | | |

| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 09/22/10 (f) |
| 341(a) Meeting Date: | 10/28/10 |
| Claims Bar Date: | 03/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 317 Alfred Kedzie Sycamore, IL 60178 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on Hand | 10.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account Resource Bank | 215.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking Account Resource Bank Sycamore, IL | 0.65 | 0.00 | DA | 0.00 | FA |
| 5. Various household furnishing | 350.00 | 0.00 | DA | 0.00 | FA |
| 6. Various wearing apparell | 350.00 | 0.00 | DA | 0.00 | FA |
| 7. Jewelry | 150.00 | 0.00 | DA | 0.00 | FA |
| 8. State and Federal Tax return -3/15/2010 | 2,044.00 | 0.00 | DA | 0.00 | FA |
| 9. 1997 Ford F 150 | 975.00 | 0.00 | DA | 0.00 | FA |
| 10. 2005 Honda Pilot | 9,200.00 | 0.00 | DA | 0.00 | FA |
| 11. Electric air compressor, 3 nail guns, circular saw | 3,636.00 | 0.00 | DA | 0.00 | FA |
| 12. Decedent estate (u) | Unknown | 25,000.00 | | 25,000.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.62 | | 0.68 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $216,930.65 | $25,000.62 | | $25,000.68 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/11     Current Projected Date of Final Report (TFR): 09/01/11

FORM 2                                                                                          Page:  1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-74710  -MLB | |
| Case Name: | KEDZIE, JASON | |
| | KEDZIE, BRIDGETTE | |
| Taxpayer ID No: | *******5985 | |
| For Period Ending: | 11/01/11 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3406  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/28/11 | 12 | IOLTA TRUST ACCOUNT | inheritance | 1229-000 | 25,000.00 | | 25,000.00 |
| | | c/o Klein Stoddard Buck Waller & Lewis | | | | | |
| | | 2045 Aberdeen Ct., Ste. A | | | | | |
| | | Sycamore,IL  60178 | | | | | |
| 03/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 25,000.20 |
| 04/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 25,000.40 |
| 05/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,000.62 |
| 06/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,000.83 |
| 07/19/11 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 25,000.95 |
| 07/19/11 | | Transfer to Acct #*******3833 | Final Posting Transfer | 9999-000 | | 25,000.95 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 25,000.95 | 25,000.95 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 25,000.95 | |
| Subtotal | | 25,000.95 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 25,000.95 | 0.00 | |

|  | | |
|---|---|---|
| Page Subtotals | 25,000.95 | 25,000.95 |

FORM 2                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-74710  -MLB |
| Case Name: | KEDZIE, JASON |
| | KEDZIE, BRIDGETTE |
| Taxpayer ID No: | *******5985 |
| For Period Ending: | 11/01/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3833  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/11 | | Transfer from Acct #*******3406 | Transfer In From MMA Account | 9999-000 | 25,000.95 | | 25,000.95 |
| 07/19/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 1,894.36 | 23,106.59 |
| | | P.O. BOX 2903 | | | | | |
| | | ROCKFORD, IL  61132-2903 | | | | | |
| 07/19/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,782.50 | 20,324.09 |
| 07/19/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 111.49 | 20,212.60 |
| 07/19/11 | 000103 | Chase Bank USA,N.A | Claim 000001, Payment 100.2% | | | 648.58 | 19,564.02 |
| | | c/o Creditors Bankruptcy Service | | | | | |
| | | P O Box 740933 | | | | | |
| | | Dallas,Tx 75374 | | | | | |
| | | | Claim            647.19 | 7100-000 | | | |
| | | | Interest            1.39 | 7990-000 | | | |
| 07/19/11 | 000104 | DeKalb Clinic | Claim 000002, Payment 100.2% | | | 350.37 | 19,213.65 |
| | | Attn: Patient Accounts | | | | | |
| | | 1850 Gateway Drive | | | | | |
| | | Sycamore, IL 60178 | | | | | |
| | | | Claim            349.62 | 7100-000 | | | |
| | | | Interest            0.75 | 7990-000 | | | |
| 07/19/11 | 000105 | PYOD LLC its successors and assigns as assignee of | Claim 000003, Payment 100.2% | | | 343.62 | 18,870.03 |
| | | Citibank, NA | | | | | |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602- | | | | | |
| | | | Claim            342.88 | 7100-000 | | | |
| | | | Interest            0.74 | 7990-000 | | | |
| 07/19/11 | 000106 | PYOD LLC its successors and assigns as assignee of | Claim 000004, Payment 100.2% | | | 5,312.74 | 13,557.29 |
| | | Citibank, NA | | | | | |
| | | c/o Resurgent Capital Services | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 25,000.95 | 11,443.66 |

Ver: 16.04e

FORM 2   Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-74710  -MLB |
| Case Name: | KEDZIE, JASON |
| | KEDZIE, BRIDGETTE |
| Taxpayer ID No: | *******5985 |
| For Period Ending: | 11/01/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3833  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 19008 Greenville, SC 29602- | | | | | | |
| | | | Claim | 5,301.37 | 7100-000 | | | |
| | | | Interest | 11.37 | 7990-000 | | | |
| 07/19/11 | 000107 | JASON KEDZIE | Surplus Funds | | 8200-002 | | 13,557.02 | 0.27 |
| | | BRIDGETTE KEDZIE | | | | | | |
| | | 317 ALFRED DR | | | | | | |
| | | SYCAMORE, IL  60178-1130 | | | | | | |
| 11/01/11 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 1270-000 | -0.27 | | 0.00 |
| | | | Reverse interest posted | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 25,000.68 | 25,000.68 | 0.00 |
| | Less:  Bank Transfers/CD's | | 25,000.95 | 0.00 | |
| | Subtotal | | -0.27 | 25,000.68 | |
| | Less:  Payments to Debtors | | | 13,557.02 | |
| | Net | | -0.27 | 11,443.66 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******3406 | 25,000.95 | 0.00 | 0.00 |
| GENERAL CHECKING - *******3833 | -0.27 | 11,443.66 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 25,000.68 | 11,443.66 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          -0.27          13,557.02

Ver: 16.04e